# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

LARRY DARNELL CRAYTON,

    Plaintiff,

    v.

BANK OF AMERICA INC. and
BOEING FINANCIAL BENEFITS
SERVICES CENTER,

    Defendants.

Case No. 6:24-cv-01207-HLT-BGS

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Order (Doc. 14), the Court adopted the Magistrate Judge's Report and Recommendation. Plaintiff's case is dismissed. This case is closed.

IT IS SO ORDERED.

Dated: <u>March 13, 2025</u>            SKYLER O'HARA
                                                  CLERK OF THE DISTRICT COURT

                                                  by: <u>/s/ M. Deaton</u>
                                                               Deputy Clerk